UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>                                                                                          <u>**February 23, 2023**</u>
**OFFICE**                                                                                                    **DATE OF PROCEEDINGS**

<u>**JUDGE: TONIANNE BONGIOVANNI**</u>
**Digitally Recorded: John Moller**

<u>**TITLE OF CASE**</u>:                                                                **22-CV-7594 (MAS)**

DIWANN M. MATHIS, et al.
          V.
SARALEE NORMAN, et al.

<u>**APPEARANCES:**</u>

Diwann M. Mathis, pro se plaintiff
Marketa I. Mathis, pro se plaintiff
Michael Graziul, Esq., for defendants

<u>**NATURE OF PROCEEDING:**</u>   Initial Pretrial Conference

Initial Pretrial Conference held.
By 4/24/2023, an update regarding representation of the minor Plaintiffs is to be submitted.

TIME COMMENCED:      1:30 p.m.
TIME ADJOURNED:       2:15 p.m.                            <u>s/ John Moller</u>
TOTAL TIME:  45   MINUTES                                    Deputy Clerk